ALBERT HAL WALTON, Appellant, v. THE STATE OF NEVADA, Respondent.

No. 6699

September 12, 1973     513 P.2d 642

*Morgan Harris,* Public Defender, and *Thomas D. Beatty,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *Charles L. Garner,* Chief Deputy for Appeals, Clark County, for Respondent.

## OPINION

*Per Curiam:*

A jury found appellant guilty of two counts of robbery; the court imposed concurrent eight-year sentences; this appeal follows. In the record, we find no error affecting substantial rights of the accused. NRS 177.255.

Affirmed.